ROBERT W. JACKSON, Respondent, v NIAGARA MACHINE AND TOOL WORKS, Appellant. [617 NYS2d 682] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Doyle, J. (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present —Green, J. P., Fallon, Wesley, Doerr and Boehm, JJ.